

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 31 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE JESUS VASQUEZ-MONTERO, Plaintiff-Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-209 |
| UNITED STATES OF AMERICA, Defendant-Respondent. | § § § | CRIMINAL NO. B-00-378 |

ORDER

Petitioner, Jose Jesus Vasquez-Montero, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. The United States Government is hereby ordered to file a response by December 16, 2002.

DONE at Brownsville, Texas, this 31st day of October, 2002.

_____
John Wm. Black
United States Magistrate Judge