IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Defendant-Respondent, | § | |
| | § | C.A. No. B-02-209 |
| v. | § | |
| | § | CR. No. B-00-378 |
| JOSE JESUS VASQUEZ-MONTERO, | § | |
|    Plaintiff-Petitioner. | § | |

### RESPONDENT'S MOTION FOR EXTENSION OF TIME
### TO FILE RESPONSE

The United States of America ("the government"), Defendant-Respondent, by the United States Attorney for the Southern District of Texas, files this motion for a 30-day extension of time to file its response to the Petitioner's Motion to Vacate. In support thereof, the government would show the following.

On October 31, 2002, this court ordered the government to respond to the petitioner's motion to vacate by December 16, 2002. The government is still in the process of completing research and gathering documents from the record that would assist in addressing the claims raised by the petitioner.

In addition, the assigned attorney has completed motions and responses in the following causes in the intervening time period: *United States v. Rucks*, No. H-02-CV-3159; *United States v. Lopez*, No. M-02-CV-348; *United States v. Herrera*, No. B-02-CV-170; *United States v. Gonzalez*, No. B-02-CV-117; *United States v. Pardo*, No. H-02-CV-3879; *United States v. Arias*, No. H-02-CV-2925; *United States v. Gomez-Solis*, No. H-02-CV-3093; *United States v. Salinas-Rivera*, No. H-02-3693; *United States v. Salias-Garcia*, No. H-02-CV-3703; and *United States v. Soza*, No. H-02-CV-3712.

Assigned counsel for the government underwent oral surgery on December 13, 2002. He has been at home recuperating. His physical condition has undermined his ability to complete the government's response in this case within the original time frame. Moreover, the assigned Assistant United States Attorney notified the office that he continues to have internal bleeding, painful swelling, and is unable to report to work. It is unknown if he will be able to return to work this week. AUSA An also has four cases pending government response that must be completed within the next two weeks. The 30-day extension of time is requested in light of the remaining cases on the assigned counsel's docket and his current physical condition.

This request for additional time is made in good faith and not for purposes of delay. The government prays this court will grant it 30 additional days to complete its response in this cause.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

_____ For:
YONG JUN AN
Assistant United States Attorney
Texas Bar No. 24033612
Federal ID No. 29460
P. O. Box 61129
Houston, Texas 77208
(713) 567-9102

## **CERTIFICATE OF SERVICE**

I, Yong Jun An, Assistant United States Attorney, do hereby certify that a true and correct copy of the foregoing was mailed via certified mail, return receipt requested, on December 16, 2002, addressed to:

Ed Stapleton
Attorney at Law
306 N. Highway 377
Argyle, Texas 76226

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent, | §<br>§<br>§ | C.A. No. B-02-209 |
| v. | §<br>§ | CR. No. B-00-378 |
| JOSE JESUS VASQUEZ-MONTERO,<br>    Plaintiff-Petitioner. | §<br>§ | |

ORDER

The government's request for additional time to file its response to the petitioner's motion to vacate is GRANTED.

The government must file its response on or before _____.

Signed this _____ day of _____, at Brownsville, Texas.


_____
United States District Judge