5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

DEC 1 9 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Defendant-Respondent,<br><br>v.<br><br>JOSE JESUS VASQUEZ-MONTERO,<br>    Plaintiff-Petitioner. | §<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. B-02-209<br><br>CR. No. B-00-378 |

ORDER

The government's request for additional time to file its response to the petitioner's motion to vacate is GRANTED.

The government must file its response on or before 24 JANUARY 2003

Signed this 18 day of DECEMBER 200, at Brownsville, Texas.

_____
United States District Judge
ANDREW HANEN