IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 2 7 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Respondent-Plaintiff | §<br>§<br>§ |
| vs. | §   CR-B-00-378<br>§ |
| JOSE JESUS VASQUEZ-MONTERO,<br>    Petitioner-Defendant<br>    (CA B-02-209) | § |

## GOVERNMENT'S UNOPPOSED MOTION FOR LEAVE TO FILE ITS RESPONSE OUT OF TIME TO VASQUEZ' 28 U.S.C. §2255 MOTION

**I.**

On October 31, 2002, this court ordered the government to respond to Vasquez'motion filed under §2255 by December 16, 2002. On December 16, 2002, the government sought and obtained an extension in which to file its response. The government's new due date was January 24, 2002 (DOC 4). The government failed to file its response timely.

The reason for the government's untimeliness is the recent departure of the AUSA assigned the case from the U.S. Attorney's Office. The government mistakenly believed all of the AUSA's assigned cases had been reassigned to other AUSAs. It was not until 4:45 PM on the due date, January 27, 2003 that the government learned of its error.

The government seeks a one-day extension of time to respond to his motion to vacate sentence.

## II.

Wherefore, PREMISES CONSIDERED, the government respectfully requests that this Court grant the government's motion for extension of time and extend the time for filing the government's response by one day, resulting in the government's response due for filing on or before January 27, 2003.

    Respectfully submitted,
    MICHAEL T. SHELBY
    UNITED STATES ATTORNEY

*[signature]*

MARK M. DOWD
Assistant United States Attorney
600 E. Harrison, # 201
Brownsville, Texas, 78520
Federal Bar # 9314
Tx. Bar # 06070500

## CERTIFICATE OF SERVICE & CONSULTATION

I, Mark M. Dowd, Assistant United States Attorney, hereby certify that counsel consulted with opposing counsel, who indicated he was unopposed to this motion, and certify that a true and correct copy of the foregoing motion has been served by placing it in the United States mail, postage prepaid, on January 27, 2003, addressed to:

Mr. Ed Stapleton
306 North Highway 377
Argyle, Texas, 76226


_____
MARK M. DOWD
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Respondent-Plaintiff | §<br>§<br>§<br>§ | |
| vs. | § | CR-B-00-378 |
| | §<br>§ | |
| JOSE JESUS VASQUEZ-MONTERO,<br>　　Petitioner-Defendant<br>　　(CA B-02-209) | § | |

## ORDER

It is hereby ORDERED that the government's motion for leave to file an out of time response to Vasquez' motion under 28 U.S.C. §2255 be GRANTED.

DONE this _____ day of _____, 2003, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE