United States District Court
Southern District of Texas
FILED

APR 1 0 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA

V.

JOSE JESUS VASQUEZ-MONTERO

CAUSE CR-B-00-378

CA-B-02-209

PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

COMES NOW JOSE JESUS VASQUEZ-MONTERO, by and through his attorney Edward A. Stapleton III, and objects to the findings, conclusions, and recommendations of the magistrate judge's report and recommendation. In support thereof, petitioner would show as follows:

1. Petitioner has no objections to the Factual Background as stated in Paragraph I.

2. Petitioner objects to Paragraph III (D) (3) and Paragraph IV to the extent that this analysis and recommendation maintain that "examination of the mental state is not necessary, as the resulting death alone demonstrates the offenses' inclusion within Application Note 1 (B)(ii)(I)."

3. Petitioner further urges that "extraordinary and compelling reasons warrant such a reduction" under 18 U.S.C. §3582 (c) (1) (A) (i).

WHEREFORE, Defendant prays that this Court grant the objections petitioner Jose Jesus Vasquez-Montero has to the Magistrate Judge's Report and Recommendation and vacate or set aside the sentence or, alternatively, modify the term of imprisonment.



Respectfully submitted,

By: *[signature: Ed Stapleton]*
Ed Stapleton
Lawyer
Texas Bar No. 19058400
Southern District Bar No:
306 North Highway 377
Argyle, Texas 76226
Tel. (940)464-2500
Fax. (940)464-6050
Attorney for Defendant Jose Jesus Vasquez-Montero

## CERTIFICATE OF SERVICE

I certify that on April 9, 2003 a true and correct copy of Petitioner's Objections to the Magistrate Judge Report and Recommendation was served by facsimile transmission on Mark Dowd, Assistant United States Attorney.

Ed Stapleton

# ED STAPLETON
### LAWYER

306 NORTH HIGHWAY 377, Suite D
ARGYLE, TEXAS 76226
(940) 464-3375 · FAX (940) 464-6050

## FACISMILE TRANSMITTAL SHEET

TO:    The Honorable John Black
       Attn: Nicole

FAX #:    (956) 548-2792

DATE:    April 9, 2003        pages, including this sheet:    4

COMMENTS:    Cause No. CR-B-00-378

United States vs. Jose Jesus Vasquez-Montero

PETITIONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT

AND RECOMMENDATIONS

CONFIDENTIALITY NOTICE; The documents accompanying this telecopy transmission contain confidential information that is legally privileged. The information is intended only for the use of the recipient named above. If you have received this copy in error, please immediately notify us by telephone (by collect call, if long distance) at the telephone number listed above to arrange for return of the original documents to us. You are hereby notified that any disclosure, copying or the taking of any action in reliance on the contents of this telecopy is strictly prohibited

| **Personal Printer/Fax/Copier/Scanner** | Ed Stapleton |
| | 9404642500 |
| | Apr 09 2002 11:05am |

**Last Fax**

| <u>Date</u> | <u>Time</u> | <u>Type</u> | <u>Identification</u> | <u>Duration</u> | <u>Pages</u> | <u>Result</u> |
|---|---|---|---|---|---|---|
| Apr 9 | 11:04am | Sent | 19565482792 | 1:06 | 4 | OK |

Result:
  OK - black and white fax
  Okay color - color fax

# ED STAPLETON
LAWYER

306 NORTH HIGHWAY 377, Suite D
ARGYLE, TEXAS 76226
(940) 464-3375 · FAX (940) 464-6050

## FACISMILE TRANSMITTAL SHEET

TO:     Mark Dowd
        Office of the U.S. Attorney - Brownsville

FAX #:  (956) 548-2711

DATE:   April 9, 2003        pages, including this sheet:   4

COMMENTS:   RE: U.S. vs. JOSE JESUS VASQUEZ-MONTERO
            Cause CR-B-00-378

PETITONER'S OBJECTIONS TO THE MAGISTRATE JUDGE'S

REPORT AND RECOMMENDATIONS

CONFIDENTIALITY NOTICE; The documents accompanying this telecopy transmission contain confidential information that is legally privileged. The information is intended only for the use of the recipient named above. If you have received this copy in error, please immediately notify us by telephone (by collect call, if long distance) at the telephone number listed above to arrange for return of the original documents to us. You are hereby notified that any disclosure, copying or the taking of any action in reliance on the contents of this telecopy is strictly prohibited

**HP OfficeJet G Series G85**  
**Personal Printer/Fax/Copier/Scanner**

**Fax-History Report** for  
Ed Stapleton  
9404642500  
Apr 09 2002 9:07am

## Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Apr 9 | 9:06am | Sent | 19565482711 | 1:36 | 4 | OK |

Result:  
  OK - black and white fax  
  Okay color - color fax