IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE JESUS VASQUEZ-MONTERO,<br>Petitioner-Defendant, | § § § | |
| v. | § | CA B-02-209 |
| UNITED STATES OF AMERICA,<br>Respondent-Plaintiff. | § § § § | |

## ORDER

Before the Court are petitioner, Jose Jesus Vasquez-Montero, Motion to Vacate, Set Aside or Correct the Sentence Pursuant to 28 U.S.C. 2255, DOC. 1, and Petitioner's Objections to the Magistrate Judge's Report and Recommendations, DOC. 9. The Court, having reviewed the entire file and relevant law *de novo*, hereby adopts the Magistrate Judge's Report and Recommendation. Petitioner's motion is hereby DISMISSED.

DONE this 29 day of May, 2003 at Brownsville, Texas.

Filemon B. Vela
United States District Judge